# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 12-7106                                                             September Term, 2013

1:08-cv-00089-BJR

Filed On: October 15, 2013 [1461291]

Corwin Teltschik,

      Appellant

   v.

Williams & Jensen, PLLC, et al.,

      Appellees

## O R D E R

Upon consideration of appellees' consent motion to extend the briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 4, 2013 |
| Appellant's Reply Brief | November 18, 2013 |
| Deferred Appendix | November 26, 2013 |
| Final Briefs | December 10, 2013 |

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk
BY:    /s/
                                                Michael C. McGrail
                                                Deputy Clerk